IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 5:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 05-20255-Ml |
| DAVID PARISH ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came to be heard on September 1, 2005, the United States Attorney for this district, Joseph Murphy for Stephen Parker, appearing for the Government and the defendant, David Parish, appearing in person and with counsel, T. Clifton Harviel, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, DECEMBER 2, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 2 day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20255 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT