IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 29 PM 5:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. <u>05-20255 M1</u> |
| DAVID PARISH, ) | |
| Defendant, ) | |

## ORDER

Upon oral motion of the United States of America by and through counsel, Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, the remaining counts (2-9) of the indictment are hereby dismissed.

IT IS SO ORDERED this 29 day of November, 2005.

JON P. McCALLA
United States District Judge

Approved:

Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20255 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT