FILED BY _____ D.C.

05 DEC 16 PM 1:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 DEC 15  AM 10: 12

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID W. PARISH,

    Defendant.

No. 05-CR-20255

MOTION GRANTED

U.S. DISTRICT ____

Dec 16 2005

DATE

MOTION

Comes now the defendant, David W. Parish, by and through his attorney of record, T. Clifton Harviel, and respectfully moves this Court for permission to work two jobs while he is on probation. Mr. Parish would show unto the Court that he is working full time with Allied Pest Control, as he advised the Court at the sentencing hearing.  Further, he has been pleasantly surprised that he has been permitted to maintain his job with Wackinghut Security on a part time basis.

Movant would show unto the Court that as a special condition of his probation sentence, he is required to participate in six months of home detention.  Movant would further show unto the Court that the policy of the United States Probation Office is that an individual is only permitted to work one job during the period of home detention.  Mr. Parish wishes to work two jobs simply to support his family and not in any effort to frustrate the policy

26

and/or work efforts of the Probation Office.

Counsel for Mr. Parish has consulted the Assistant U.S. Attorney handling this matter and there is no objection from the Government to Mr. Parish working two jobs.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Court authorize him to work two jobs, one full time and one part time, for a total, not to exceed seventy-five hours per week and/or that this Court grant such other relief herein as truth dictates and justice demands.

Respectfully submitted,

T. Clifton Harviel (5589)
Attorney for Defendant
Suite 850
50 N. Front Street
Memphis, Tennessee    38103
(901) 543-9799

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Steve Parker, Assistant United States Attorney, 167 N. Main Street, 8th Floor, Memphis, Tennessee 38103, this _15th_ day of December, 2005.

T. Clifton Harviel

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20255 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT